RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Jacqueline Cammille Bass

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JACQUELINE CAMMILLE BASS,<br><br>　　　　　Defendant. | Case No. 2:21-MJ-00790-VCF-1<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Jacqueline Cammille Bass, that the bench trial currently scheduled on April 20, 2022 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Additional time is needed for defense counsel to confer with the defendant regarding a pending plea agreement and review of discovery.

2. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(iv).

This is the second request for a continuance of the bench trial.

DATED this 14th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|   /s/ Aden Kebede<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender |   /s/ Jean Ripley<br>By_____<br>JEAN RIPLEY<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br> v. <br><br> JACQUELINE CAMMILLE BASS, <br><br>    Defendant. | Case No. 2:21-MJ-00790-VCF-1 <br><br> <u>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER</u> |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  Additional time is needed for defense counsel to confer with the defendant regarding a pending plea agreement, to review the discovery and conduct any follow up investigation necessary, to engage in pretrial motion practice, if necessary, and to further prepare for trial.

2.  Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the bench trial.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, April 20, 2022 at 9:00 a.m., be vacated and continued to May 25, 2022 at the hour of 9:00 a.m.

DATED this 15th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE